# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLEVELAND, | Case No. 1:22-cv-01366-ADA-BAM |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| BLONG XIONG, et al., | (Doc. 1) |
| Defendants. | THIRTY (30) DAY DEADLINE |

On October 20, 2022, Plaintiff Timothy Cleveland ("Plaintiff"), proceeding pro se, filed this action in the United States District Court, District of Nevada. (Doc. 5.) The matter was transferred to this Court on October 25, 2022. (Doc. 4.) Upon initiation of this action, Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 1.)

In order to proceed without prepayment of the filing fee, Plaintiff must submit an affidavit demonstrating that he "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Plaintiff's application is insufficient for the Court to determine if he is entitled to proceed without prepayment of fees in this action. Notably, Plaintiff's application indicates that he owns agricultural land, but he does not identify its approximate value. He also does not

1

indicate whether he is employed, when he was last employed, and any take home pay or wages from that employment. Plaintiff also states that his elderly mother depends upon him for support, but he does not identify how much he contributes to her support. Plaintiff must identify all assets and sources of income or money that he receives and the amount of that income or money.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **November 2, 2022**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE