UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLEVELAND,<br><br>            Plaintiff,<br><br>    v.<br><br>BLONG XIONG, et al.,<br><br>            Defendants. | Case No.  1:22-cv-01366-ADA-BAM<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS**<br><br>(Docs. 9, 10) |

Plaintiff Timothy Cleveland ("Plaintiff"), proceeding pro se, initiated this action in the United States District Court, District of Nevada, on October 20, 2022. (Doc. 5.) The matter was transferred to this Court on October 25, 2022. (Doc. 4.) Upon initiation of this action, Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 1.)

On November 2, 2022, the Court concluded that Plaintiff's application was insufficient to determine if he was entitled to proceed without prepayment of fees in this action. The Court therefore ordered Plaintiff to complete and file the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 or pay the $402.00 filing fee within thirty (30) days following service. (Doc. 6.) Plaintiff was warned that if he failed to comply with the Court's order, then this action would be dismissed. (*Id.*)

1

On November 28, 2022, in lieu of filing the Long Form application, Plaintiff filed a document titled "Plaintiff Affidavit to Proceed In Forma Pauperis, and Request for Appointment of Counsel." (Doc. 7.)

On December 1, 2022, the Court concluded that Plaintiff's purported affidavit was insufficient to determine if he was entitled to proceed without prepayment of fees in this action. The Court denied Plaintiff's application to proceed *in forma pauperis* without prejudice and again ordered him to complete and file the Long Form application or pay the $402.00 filing fee within thirty (30) days following service. Plaintiff was warned that the failure to comply with the order would result in the dismissal of this action. (Doc. 8.)

On December 16, 2022, in lieu of filing the Long Form application or paying the filing fee, Plaintiff filed two documents, including a purported "Financial Affidavit," again seeking leave to proceed *in forma pauperis*. (*See* Doc. 9 at 3; Doc. 10.)

Plaintiff has failed to comply with the Court's repeated directives to submit the Long Form application or pay the filing fee for this action. Nonetheless, the Court has reviewed Plaintiff's recent filings, submitted under penalty of perjury, which indicate that he has no farm or non-farm income, he does not have the ability to support any person financially, and he receives non-monetary food and medical assistance from the State of California. (Docs. 9, 10.) The Court therefore finds that Plaintiff has made the showing required by section 1915(a) that he is unable to pay the fees for this action. Accordingly, the request to proceed in forma pauperis is GRANTED. 28 U.S.C. § 1915(a).

Plaintiff again is advised that the Court is required to screen complaints of pro se litigants proceeding in forma pauperis pursuant to Title 28 of the United States Code section 1915(e)(2). The Court must dismiss a complaint or portion thereof if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). As a result, no summons will issue at this time. The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named defendant. The Court will screen

1  Plaintiff's complaint in due course.

3  IT IS SO ORDERED.

4     Dated: **December 29, 2022**      /s/ *Barbara A. McAuliffe*
5                                                UNITED STATES MAGISTRATE JUDGE