# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLEVELAND,<br><br>    Plaintiff,<br><br>    v.<br><br>BLONG XIONG, et al.,<br><br>    Defendants. | Case No.  1:22-cv-01366-ADA-BAM<br><br>ORDER DIRECTING PLAINTIFF TO EITHER: (1) FILE A FIRST AMENDED COMPLAINT; OR (2) NOTIFY THE COURT THAT HE WISHES TO STAND ON HIS COMPLAINT<br><br>(Doc. 14)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

On October 20, 2022, Plaintiff Timothy Cleveland ("Plaintiff"), proceeding pro se, filed this action in the United States District Court, District of Nevada. (Doc. 5.)  The matter was transferred to this Court on October 25, 2022.  (Doc. 4.)

On January 4, 2023, the Court screened Plaintiff's complaint and found that it failed to comply with Federal Rule of Civil Procedure 8 and failed to state a cognizable claim upon which relief could be granted.  The Court granted Plaintiff an opportunity to amend his compliant to cure the identified deficiencies and directed Plaintiff to file an amended complaint or file a notice of voluntary dismissal within thirty (30) days from the date of service of the order.  (Doc. 13.)

In lieu of filing an amended complaint or a notice of voluntary dismissal, on February 1, 2023, Plaintiff filed a document labeled: "Court Order to Amend is Denied."  (Doc. 14.)

1

Plaintiff's document appears to be a response and objections to the Court's screening order, along with a request for review to "cure omissions" in his prior district court case, *Cleveland v. Hunton*, 1:16-cv-01732-AWI-SAB. It is unclear whether Plaintiff is attempting to proceed on his current complaint and does not intend to file a first amended complaint or whether he intends some other action.

In light of Plaintiff's pro se status, the Court finds it appropriate to allow Plaintiff additional time to clarify his intent. Specifically, Plaintiff should either (1) file a first amended complaint in compliance with the Court's screening order; or (2) file a written response clarifying that he intends to stand on his original complaint filed on October 20, 2022, (Doc. 5), which will subject to the Court issuing findings and recommendations to the district judge and recommending dismissal of this action consistent with the Court's screening order for failure to comply with Federal Rule of Civil Procedure 8 and failure to state a claim upon which relief may be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Within **twenty-one (21) days** of the date of this order, Plaintiff shall either: (a) file a first amended complaint, or (b) file written notice that he wishes to stand on his original complaint, which will be subject to the Court issuing findings and recommendations to the district judge recommending dismissal of this action consistent with the Court's screening order; and

2. If Plaintiff fails to comply with this order, then the Court will recommend dismissal of this action, with prejudice, for failure to obey a court order and for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

Dated:   **February 2, 2023**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

2