UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM CLEVELAND, | No. 1:22-cv-01366-ADA-BAM |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| BLONG XIONG, et al., | |
| Defendants. | (ECF No. 17) |

   Plaintiff Tim Cleveland ("Plaintiff"), proceeding pro se and *in forma pauperis*, initiated this action on October 20, 2022, in the United States District Court, District of Nevada. (ECF No. 5.) On October 25, 2022, this case was transferred to this Court. (ECF No. 4.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On March 3, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending that this action be dismissed, with prejudice, for failure to comply with Federal Rule of Civil Procedure 8 and failure to state a cognizable claim upon which relief may be granted. (ECF No. 17.) The findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. (*Id*.) Plaintiff filed objections on March 17, 2023. (ECF No. 18.)

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's

1 objections, the Court finds that the findings and recommendations are supported by the record and
2 proper analysis.  Plaintiff's objections do not establish that that the Magistrate Judge erred or that
3 Plaintiff otherwise states a cognizable claim for relief.  (*See* ECF No. 18.)

4       In his objection, Plaintiff first states that the assigned "Magistrate Judge appears to be
5 attempting to usurp Petitioner's Constitutional right" because Plaintiff "appropriately amended this
6 action in compliance with the court order on February 24, 2023."  (ECF No. 18 at 3.)  However,
7 upon review of the filings, the Court finds that the Magistrate Judge correctly construed Plaintiff's
8 statements in his first amended complaint as an intent to stand on his original complaint—which
9 the Magistrate Judge found failed to comply with Federal Rule of Civil Procedure 8 and failed to
10 state a cognizable claim upon which relief may be granted.  (*See* ECF Nos. 16, 17.)  Additionally,
11 the Court provided Plaintiff with the relevant pleading and legal standards so he could cure, to the
12 extent possible, the deficiencies found in his claim and Plaintiff opted to stand on his original
13 complaint.  (ECF Nos. 13, 16.)  Thus, leave to amend is not warranted.  *See Lopez v. Smith*, 203
14 F.3d 1122, 1130 (9th Cir. 2000).

15       Also, in his objections, Plaintiff recites facts similar to those recited in his previous filings
16 and he also reiterates that the "Magistrate Judge knowingly failed to cure court errors in *Cleveland*
17 *v. Hunton* as Petitioner requested."  (ECF No. 18 at 6.)  However, as the Magistrate Judge explains
18 in the findings and recommendations, the correct course of action to appeal decisions in a closed
19 case is to appeal the decisions to the Court of Appeals for the Ninth Circuit.  (ECF No. 17 at 8.)
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Accordingly,

1. The findings and recommendations issued on March 3, 2023, (ECF No. 17), are ADOPTED in FULL;

2. This action is DISMISSED, with prejudice, based on Plaintiff's failure to comply with Federal Rule of Civil Procedure 8 and failure to state a cognizable claim for relief; and

3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   July 5, 2023

_____
UNITED STATES DISTRICT JUDGE

3